# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **21-2310**

ANTOINE CLARK, as personal representative for Angelo Clark,
*Appellant*

v.

ROBERT COUPE, DOC Commissioner; PERRY PHELPS; DAVID PIERCE; MAJOR JEFFREY CARROTHERS; CAPTAIN BURTON; CAPTAIN RISPOLI; CAPTAIN WILLY; DR. WILLIAM RAY LYNCH; DR. PAOLA MUNOZ; DR. DAVID YUNIS; RHONDA MONTGOMERY; SUSAN MUMFORD; STEPHANIE D. JOHNSON; CONNECTIONS COMMUNITY SUPPORT PROGRAMS INC; STEFANIE STREETS; STEPHANIE EVANS-MITCHELL; CAROL VODVARKA; CAROL VANDRUNEN; LEZLEY SEXTON

_____

D.C. No. 1-17-cv-00066
_____

SUR PETITION FOR REHEARING
_____

Before: CHAGARES, *Chief Judge*, AMBRO, JORDAN, HARDIMAN, GREENAWAY, JR., SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN, ROTH and FUENTES,[*] *Circuit Judges*

The petition for rehearing filed by appellee in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the judges of the

---

[*] Judge Roth and Judge Fisher's votes are limited to panel rehearing only.

circuit in regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc, is denied.

                                              BY THE COURT,

                                              s/ L. Felipe Restrepo
                                              Circuit Judge

Date: December 28, 2022
Lmr/cc: All Counsel of Record